592 A.2d 216
IN THE MATTER OF ALBERT H. BIRCHWALE, AN
ATTORNEY AT LAW.

July 12, 1991.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that the petition for reinstatement is granted, effective immediately; subject, however, to the condition that respondent shall submit an annual certified audit of his trust account records for the calendar years 1991, 1992 and 1993, said audits to be filed with the Office of Attorney Ethics within 30 days of the conclusion of each calendar year.